```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
```

SAUL RAMIREZ-CASTRO,           )
                               )
          Plaintiff,           )
                               )
     v.                        )    No.  13-6502
                               )
WOODMAN'S FOOD MARKET, INC.,   )
                               )
          Defendant.           )

MEMORANDUM ORDER

In response to this Court's October 25, 2013 memorandum order, defendant Woodman's Food Market, Inc. ("Woodman's") has timely filed an Amended Answer and Affirmative Defenses ("ADs"). Because its AD 1 raises a substantial statute of limitations problem as to Complaint Count I's invocation of Title VII's employment discrimination provisions, this memorandum order is issued to require a response to that contention by plaintiff Saul Ramirez-Castro ("Ramirez-Castro").

There is no question that the Complaint was filed well beyond 90 days after the attempted delivery, via a mailing to Ramirez-Castro's lawyer, of EEOC's right-to-sue letter. Although Ramirez-Castro's counsel relies on the asserted date of <u>receipt</u> of that document--a date that would bring Ramirez-Castro's filing of this action within the statutory 90-day period--Woodman's points to <u>Reschny v. Elk Grove Plating Co.</u>, 414 F.3d 821, 823 (7th Cir. 2005) to challenge that reliance. Accordingly Ramirez-Castro's counsel is ordered to file a response to AD 1 on or

before December 4, 2013 supporting the timeliness of the Complaint's reliance on Title VII as a predicate for relief.

```
                              _____
                              Milton I. Shadur
                              Senior United States District Judge
```

Date:  November 19, 2013